RICHARD J. BECKMANN, Appellant, v. GRETCHEN BECKMANN, Respondent.— Judgment in favor of defendant, in an action under section 1141 of the Civil Practice Act to annul a marriage on the ground of the physical incapacity of the plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.